## ALABAMA SJIS CASE DETAIL



PREPARED FOR:


alacourt.com

County: **01**   Case Number: **CV-2016-902238.00**   Court Action:
Style: **JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET**

Real Time

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **01-JEFFERSON -** | Case Number: | **CV-2016-902238.00** | Judge: | **CCS:CAROLE C. SMITHERMAN** |
| Style: | **JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET** | | | | |
| Filed: | **06/20/2016** | Case Status: | **ACTIVE** | Case Type: | **OTHER CV CASE** |
| Trial Type: | **BENCH** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **5** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | |
|---|---|---|---|
| Court Action Code: | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | | Disposition Type: |
| Revised Judgement Date: | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | |
| Date Trial Began but No Verdict (TBNV2): | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | | |
|---|---|---|---|
| Appeal Date: | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | | |
| Appeal To: | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | | |
|---|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | Last Update: | **06/20/2016** | Updated By: **AJA** |

### Parties

### Party 1 - Plaintiff INDIVIDUAL - LANDHAM JONATHAN

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **LANDHAM JONATHAN** | | Type: | **I-INDIVIDUAL** |
| Index: | **D BOARD OF TRU** | Alt Name: | | Hardship: **No** | JID: | **CCS** |
| Address 1: | **JEFFREY BENNITT & ASSOCS.** | | | Phone: | **(205) 408-7240** | |

| Address 2: | 121 EDENTON STREET | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35242-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | | Status Description: | |

### Service Information

| Issued: | | Issued Type: | | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | EUB007 | | EDWARDS SONYA CHRISTINE | SONYAEDWARDSLAW@GMAIL.COM | (205) 408-0956 |
| Attorney 2 | BEN004 | | BENNITT JEFFREY WILLIAM | BENNITTLAW@AOL.COM | (205) 408-7240 |

### Party 2 - Defendant BUSINESS - BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA

#### Party Information

| Party: | D001-Defendant | Name: | BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA | Type: | B-BUSINESS |
| Index: | C LANDHAM JONA | Alt Name: | | Hardship: | No | JID: | CCS |
| Address 1: | UNIV OF ALABAMA SYSTEM | | | Phone: | (205) 000-0000 | |
| Address 2: | 1720 2ND AVE SO, AB 860 | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35294-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

#### Court Action

| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | | Status Description: | |

#### Service Information

| Issued: | 06/23/2016 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | 06/28/2016 | Service Type | C-CERTIFIED MAIL | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |



### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant INDIVIDUAL - WATTS RAY  M.D.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | WATTS RAY  M.D. | | Type: | I-INDIVIDUAL |
| Index: | C LANDHAM JONA | Alt Name: | | Hardship: No | JID: | CCS |
| Address 1: | OFFICE OF THE PRESIDENT | | | Phone: | (205) 000-0000 | |
| Address 2: | 1720 2ND AVE SO, AB 1070 | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35294-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 06/23/2016 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 06/27/2016 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant INDIVIDUAL - VICKERS SELWYN  M.D.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | VICKERS SELWYN  M.D. | | Type: | I-INDIVIDUAL |
| Index: | C LANDHAM JONA | Alt Name: | | Hardship: No | JID: | CCS |
| Address 1: | OFFICE OF THE DEAN | | | Phone: | (205) 000-0000 | |
| Address 2: | 1720 2ND AVE. S. FOT 1203 | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35294-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |



## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **06/23/2016** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: **06/28/2016** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 5 - Defendant INDIVIDUAL - EVANS HELEN HUGHES M.D.

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D004-Defendant** | Name: | **EVANS HELEN HUGHES M.D.** | Type: | **I-INDIVIDUAL** |
| Index: | **C LANDHAM JONA** | Alt Name: | | Hardship: **No** JID: | **CCS** |
| Address 1: | **UAB SCHOOL OF MEDICINE** | | Phone: | **(205) 000-0000** | |
| Address 2: | **1720 2ND AVE. S. FOT 1203** | | | | |
| City: | **BIRMINGHAM** | State: **AL** | Zip: | **35294-0000** Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | Sex: | Race: | |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **06/23/2016** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: **06/29/2016** | Return Type: **M-PARTY MOVED** | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |



### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 6 - Defendant OTHER - A, B, C, AND D FICTITIOUS DEFENDANTS

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D005-Defendant** | Name: | **A, B, C, AND D FICTITIOUS DEFENDANTS** | Type: | **O-OTHER** |
| Index: | **C LANDHAM JONA** | Alt Name: | | Hardship: **No** | JID: | **CCS** |
| Address 1: | **1720 2ND AVE. S. AB 860** | | | Phone: | **(205) 000-0000** | |
| Address 2: | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: **35294-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **06/20/2016** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $30.28 | $30.28 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $11.25 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV00 | C001 | 000 | $206.00 | $206.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $281.28 | $292.53 | -$11.25 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/20/2016 | CREDIT | CONV | 2016185 | 8092920 | $11.25 | C001 | 000 | | N | | | EDH |
| 06/20/2016 | RECEIPT | AOCC | 2016185 | 8092910 | $30.28 | C001 | 000 | | N | | | EDH |
| 06/20/2016 | RECEIPT | CV00 | 2016185 | 8092930 | $206.00 | C001 | 000 | | N | | | EDH |
| 06/20/2016 | RECEIPT | VADM | 2016185 | 8092940 | $45.00 | C001 | 000 | | N | | | EDH |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 6/20/2016 | 1:05 PM | ECOMP | COMPLAINT E-FILED. | EUB007 |
| 6/20/2016 | 1:06 PM | FILE | FILED THIS DATE: 06/20/2016        (AV01) | AJA |
| 6/20/2016 | 1:06 PM | EORD | E-ORDER FLAG SET TO "Y"        (AV01) | AJA |
| 6/20/2016 | 1:06 PM | ORIG | ORIGIN: INITIAL FILING        (AV01) | AJA |
| 6/20/2016 | 1:06 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | AJA |
| 6/20/2016 | 1:06 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED        (AV01) | AJA |
| 6/20/2016 | 1:06 PM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | AJA |
| 6/20/2016 | 1:06 PM | ASSJ | ASSIGNED TO JUDGE: CAROLE C. SMITHERMAN    (AV01) | AJA |
| 6/20/2016 | 1:06 PM | C001 | C001 PARTY ADDED: LANDHAM JONATHAN        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | C001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | C001 | LISTED AS ATTORNEY FOR C001: EDWARDS SONYA CHRIST | AJA |
| 6/20/2016 | 1:06 PM | C001 | LISTED AS ATTORNEY FOR C001: BENNITT JEFFREY WILL | AJA |
| 6/20/2016 | 1:06 PM | C001 | C001 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D001 | D001 PARTY ADDED: BOARD OF TRUSTEES FOR THE UNIVER | AJA |
| 6/20/2016 | 1:06 PM | D001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D001 | CERTIFIED MAI ISSUED: 06/20/2016 TO D001  (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D001 | D001 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D002 | D002 PARTY ADDED: WATTS RAY  M.D.        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D002 | D002 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D002 | CERTIFIED MAI ISSUED: 06/20/2016 TO D002  (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D002 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D003 | D003 PARTY ADDED: VICKERS SELWYN  M.D.        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D003 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D003 | D003 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D003 | CERTIFIED MAI ISSUED: 06/20/2016 TO D003  (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D004 | D004 PARTY ADDED: EVANS HELEN HUGHES M.D.  (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D004 | CERTIFIED MAI ISSUED: 06/20/2016 TO D004  (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D004 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D004 | D004 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D005 | D005 PARTY ADDED: A, B, C, AND D FICTITIOUS DEFEND | AJA |
| 6/20/2016 | 1:06 PM | D005 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE        (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D005 | CERTIFIED MAI ISSUED: 06/20/2016 TO D005  (AV02) | AJA |
| 6/20/2016 | 1:06 PM | D005 | D005 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 6/22/2016 | 4:09 PM | ESCAN | SCAN - FILED 6/22/2016 - NOTICE | JOB |
| 6/23/2016 | 10:17 AM | SUMM | CERTIFIED MAIL  ISSUED ON 06232016 TO D001 | JOB |
| 6/23/2016 | 10:17 AM | SUMM | CERTIFIED MAIL  ISSUED ON 06232016 TO D002 | JOB |
| 6/23/2016 | 10:17 AM | SUMM | CERTIFIED MAIL  ISSUED ON 06232016 TO D003 | JOB |
| 6/23/2016 | 10:17 AM | SUMM | CERTIFIED MAIL  ISSUED ON 06232016 TO D004 | JOB |
| 6/29/2016 | 2:03 PM | D001 | SERVICE OF CERTIFIED MAI ON 06/28/2016 FOR D001 | LOH |

| 6/29/2016 | 2:03 PM | ESERC | SERVICE RETURN | LOH |
|-----------|---------|-------|----------------|-----|
| 6/29/2016 | 2:04 PM | ESERC | SERVICE RETURN | LOH |
| 6/29/2016 | 2:05 PM | D002 | SERVICE OF CERTIFIED MAI ON 06/27/2016 FOR D002 | LOH |
| 6/29/2016 | 2:09 PM | D003 | SERVICE OF CERTIFIED MAI ON 06/28/2016 FOR D003 | LOH |
| 6/29/2016 | 2:09 PM | ESERC | SERVICE RETURN | LOH |
| 6/30/2016 | 11:51 AM | D004 | RETURN OF PARTY MOVED ON 06/29/2016 FOR D004(AV02) | LOH |
| 6/30/2016 | 11:51 AM | ESERC | SERVICE RETURN | LOH |

*END OF THE REPORT*

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-201<br><br>Date of Filing:<br>06/20/2016 | ELECTRONICALLY FILED<br>6/20/2016 1:05 PM<br>01-CV-2016-902238.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
| --- | --- | --- | --- |

## GENERAL INFORMATION

### IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA
### JONATHAN LANDHAM v. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☑ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING       A ☐ APPEAL FROM DISTRICT COURT       O ☐ OTHER

R ☐ REMANDED       T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT       _____

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ Yes ☑ No

**RELIEF REQUESTED:**       ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   EUB007       6/20/2016 1:05:03 PM       /s/ SONYA EDWARDS

**MEDIATION REQUESTED:**       ☐ Yes ☐ No ☑ Undecided

ELECTRONICALLY FILED
6/20/2016 1:05 PM
01-CV-2016-902238.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| JONATHAN LANDHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BOARD OF TRUSTEES FOR THE | ) |
| UNIVERSITY OF ALABAMA SYSTEM; | ) |
| | ) |
| RAY WATTS, M.D., | )   CIVIL ACTION NO.: |
| in his individual and official capacities; | ) |
| | ) |
| SELWYN VICKERS, M.D., | ) |
| in his individual and official capacities; | ) |
| | ) |
| HELEN HUGHES EVANS, M.D., | ) |
| in her individual and official capacities; | ) |
| | ) |
| Defendants A, B, C, and D being those persons | ) |
| or entities acting or operating at the time of the | ) |
| events made the basis of this Complaint whose | ) |
| names are unknown at the time of this filing but | ) |
| will be added by amendment once ascertained. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Jonathan Landham (hereinafter "Landham") brings this action to redress

Defendants' violations of Alabama state law, the Fourteenth Amendment of the United

States Constitution, Title II of the Americans with Disabilities Act, and the Rehabilitation

Act of 1973.

I.      JURISDICTION

1.      The Court has general jurisdiction over Landham's Alabama state law

claims.

1

2.      The Court has general jurisdiction over Landham's civil rights and Fourteenth Amendment claims brought pursuant to Sections 1983 and 1985.

II.     PARTIES

3.      Plaintiff Landham, former student of the University of Alabama at Birmingham School of Medicine (hereinafter "UAB School of Medicine" or "School"), is a resident of the State of Alabama.

4.      Defendant Board of Trustees for the University of Alabama System is the managing and controlling body of the UAB School of Medicine, a state educational institution in Jefferson County, Alabama that receives state and federal funds.

5.      Defendant Ray Watts (hereinafter "Watts"), President of the University of Alabama at Birmingham, was Vice President and Dean of the UAB School of Medicine at times relevant to this Complaint.

6.      Defendant Selwyn Vickers (hereinafter "Vickers") was Dean of the UAB School of Medicine at times relevant to this Complaint.

7.      Defendant Helen Hughes Evans (hereinafter "Hughes Evans") was Senior Associate Dean for Medical Education at times relevant to this Complaint.

8.      Landham brings this action against Defendants Watts, Vickers, and Hughes Evans in their individual and official capacities for deprivations of his civil and constitutional rights.

III.    FACTS

9.      Landham, former student of UAB School of Medicine, was in good academic standing after completing over three (3) years.

10.     On or about June 26, 2014, Hughes Evans informed Landham that he was

2

being placed on non-academic probation and an involuntary leave of absence effective immediately, pending administrative review.

11.     On or about August 28, 2014, Hughes Evans drafted and presented a letter to Landham asserting non-academic violations against him.

12.     The charges (which Landham disputes as either false or illegitimate) included (1) Landham's failure to submit a medical information release form to a treatment provider to authorize the provider to turn over Landham's medical records to the School and allow the School to monitor the counselor's opinion of Landham's mental state; (2) failure to sign a release to allow Dr. Laura Kezar, Associate Dean of Students, to obtain a "statement of ongoing compliance with treatment;" (3) failure to submit an "intent to return to school" form thirty (30) days before Landham returned to school (even though Landham and Kezar had already agreed on the date of return).

13.     Defendants scheduled an administrative hearing for September 17, 2014.

14.     Prior to the hearing, Landham asked Hughes Evans' office what he should bring to the hearing and whether he needed representation.

15.     Defendants represented that Landham did not need to bring anything to the hearing, that he would fare better without representation, and that he could not bring his own witnesses.

16.     Defendants represented that the hearing was more like an informal "status conference" to discuss Landham's progress.

17.     Defendants did not inform Landham that the meeting was actually a formal expulsion hearing before a three-member panel appointed by Hughes Evans.

18.     When Landham and his wife arrived to the hearing, they witnessed Hughes

3

Evans meet privately with the panel before they were allowed to join.

19.   Once allowed to join, Hughes Evans presented the panel with a letter dated June 30, 2014 that she represented included the charges against Landham.

20.   This was the first time Landham had ever seen the June 30, 2014 letter.

21.   Hughes Evans did not present the August 28, 2014 letter that she gave to Landham outlining the alleged charges.

22.   Landham did not question the witnesses provided by Hughes Evans, relying on the representation that it was in his best interests not to rebut the charges.

23.   A record was made of the hearing, although it did not include the communications of Hughes Evans and the panel before Landham was allowed to join.

24.   The panel was aware that Hughes Evans not only appointed them, but that she drafted the charges, was a witness to the alleged charges, and that they were to judge her credibility against Landham's.

25.   The panel was to make a recommendation to Hughes Evans regarding Landham's expulsion.

26.   Defendants denied Landham due process because the meeting was a cursory examination and not a full-blown hearing.

27.   The panel recommended Landham's expulsion for non-academic reasons.

28.   The recommendation was arbitrary, capricious, excessive, and unconscionable.

29.   Hughes Evans accepted the panel's recommendation and expelled Landham from UAB School of Medicine on September 30, 2014.

30.   Defendant Dean Vickers affirmed Hughes Evans' decision in December

4

2014.

31.     Vickers did not affirm Landham's expulsion based on Hughes Evans' recommendation or findings at the unlawful hearing.

32.     Instead, Vickers cited a reason that he concocted entirely on his own—that he, personally, was afraid Landham was going to harm someone.

33.     Hughes Evans and at least one other witness supplied information to Vickers in July 2014, with attorney advice, on how to expel Landham—well before any charges had been brought or any hearing had been conducted.

34.     This evidence was intentionally provided to Dean Vickers without any input from Landham, which prejudiced Landham's due process rights.

35.     Months prior to Hughes Evans' charges, Defendants admitted Landham to a psychiatric ward of the hospital—against his will—for a mental evaluation following a false accusation made by a fellow medical student who was eventually expelled.

36.     Defendants required Landham to remain hospitalized for a week or else be expelled from medical school.

37.     Landham's physicians advised Landham repeatedly during his stay that there was no medical reason that he should be admitted.

38.     Vickers, with the aid of Hughes Evans, expelled Landham based on their perception that Landham was mentally disabled.

39.     Defendants perceived Landham as being unqualified for the program, with or without an accommodation.

40.     Vickers' decision to uphold expulsion—on grounds that Landham had no opportunity to dispute—was willful, wanton, malicious, illegitimate, and made in bad

faith.

41.    The reason given on September 30, 2014 for Landham's expulsion was false and violated his due process rights under the Fourteenth Amendment.

42.    The actions by Defendants violated Landham's rights under the Rehabilitation Act and Title II of the ADA.

43.    Defendant Watts, Dean of the Medical School during Landham's enrollment until about October 2013, promulgated or fostered policies that deprived Landham of his civil rights and right to due process.

44.    Lanham attended UAB School of Medicine for over three (3) years in good academic standing prior to Defendants' unlawful actions.

45.    Defendants' unlawful actions deprived Landham of his constitutionally-protected property interest in his education and pursuit of a degree.

46.    Landham seeks all equitable relief available at law from the Board of Trustees and Defendants in their official capacities, including, but not limited to, specific performance and reinstatement.

47.    Landham seeks all monetary relief available at law from Defendants, including, but not limited to, loss of tuition, loss of future earnings, compensatory and punitive damages, costs, interest, and attorneys' fees.

**COUNT I - TITLE II OF THE ADA, AS AMENDED BY THE ADAAA
AND SECTION 504 OF THE REHABILITATION ACT
AGAINST ALL DEFENDANTS**

48.    Landham re-alleges the preceding facts as if fully set forth herein.

49.    Defendants perceived Landham as a person with a disability.

50.    Defendants perceived Landham as having a mental disability that altered

6

the major life functions of, *inter alia*, learning, concentrating, and working.

51. Defendants perceived Landham as having a mental disability that altered the major life functions of, *inter alia*, the operation of his neurological system or brain.

52. Landham suffered from a social anxiety disorder that was not disabling; however, even if it was, it was controlled and could be reasonably accommodated.

53. Landham was qualified for the degree he sought, having completed over three (3) years in good academic standing.

54. Defendants denied Landham the opportunity to finish his degree, with or without accommodation.

55. Defendants falsely accused of Landham of being "possibly" violent due to "possible" mental illness.

56. Defendants placed Landham in a psychiatric ward involuntarily because of the perceived disability.

57. Defendants paraded Landham's fellow classmates through the mental ward, where they saw him receiving treatment.

58. Defendants were in possession of Landham's medical records.

59. Defendants unlawfully demanded Landham to seek further medical treatment.

60. Landham had a record of a disability.

61. Defendants expelled Landham from School for non-academic reasons based on disability or perceived disability.

62. The School is part of a program receiving federal financial assistance.

63. Landham suffered damages as a result of Defendants' unlawful actions.

7

WHEREFORE, Landham seeks equitable relief, including, but not limited to, reinstatement and specific performance from the Board of Trustees and the individual Defendants in their official capacities.  Landham seeks all monetary relief available at law from Defendants, including, but not limited to, loss of tuition, loss of future earnings, compensatory and punitive damages, costs, interest, and attorneys' fees.

### COUNT II – 42 U.S.C. SECTIONS 1983 AND 1985
### VIOLATIONS OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT
### AND LOSS OF PROPERTY INTEREST
### AGAINST ALL INDIVIDUAL DEFENDANTS

64.     Landham re-alleges the preceding facts as if fully set forth herein.

65.     This is a non-academic expulsion case.

66.     Landham had a reasonable expectation of being allowed to complete medical school and obtain a degree.

67.     Landham was in good academic standing after completing over three (3) years.

68.     Landham had the right to a full, fair, and impartial expulsion hearing.

69.     The hearing Defendants afforded Landham was cursory with a limited right to be heard.

70.     Due process requires that school officials engage in a careful and deliberate decision-making process before expelling a student for non-academic reasons.

71.     Defendants' decision-making process with regard to Landham was not careful or deliberate.

72.     Defendants represented that the hearing was not to consider expulsion over the alleged charges, but to discuss his progress and determine whether he was repentant

over the charges.

73.     Defendants encouraged Landham not to rebut the charges.

74.     Defendants discouraged Landham from having representation at the hearing, stating that he would fare better without it.

75.     Landham was denied the right to a full-blown hearing with the right to examine and cross-examine witnesses.

76.     Defendants failed to meet minimum due process standards for a non-academic expulsion through the cursory hearing with no meaningful review.

77.     The decision makers communicated with one another regarding the substance of the hearing before the hearing took place and before the Landham was given the opportunity to present a defense.

78.     Landham's appeal was a sham as demonstrated by the fact that the reasons for Vickers' affirmation were different from the reasons recommending expulsion.

79.     Defendants failed to follow the School's own policies and due process standards for expulsion hearings and appeals.

80.     At least two of the individual Defendants acted in concert to expel Landham from the medical school.

81.     Defendant's unlawful actions deprived Landham of his constitutionally-protected property interest of receiving an education and obtaining a degree.

WHEREFORE, Landham seeks equitable relief, including, but not limited to, reinstatement and specific performance, and all monetary relief available at law including, but not limited to, loss of tuition, loss of future earnings, compensatory and punitive damages, costs, interest, and attorneys' fees.

## COUNT III – NEGLIGENCE AND WANTONNESS
## AGAINST ALL DEFENDANTS

82.     Landham re-alleges the preceding facts as if fully set forth herein.

83.     Defendants owed Landham a duty to allow him to continue medical school under the facts of this case.

84.     Defendants owed Landham a duty to follow UAB School of Medicine policies and procedures regarding expulsion hearings and appeals.

85.     Defendants owed Landham a duty to afford him constitutional due process.

86.     Defendants breached those duties to Landham.

87.     Defendants falsely accused of Landham of being "possibly" violent due to "possible" mental illness.

88.     Defendants placed Landham in a psychiatric ward involuntarily because of the perceived disability.

89.     Defendants paraded Landham's fellow classmates through the mental ward, where they saw him receiving treatment.

90.     Defendants acted with a reckless or conscious disregard of Landham's constitutionally-protected rights.

91.     Defendants acted willfully, maliciously, fraudulently, in bad faith, beyond authority, or under a mistaken interpretation of the law with regard to Landham's rights.

92.     Landham suffered damages that were reasonably foreseeable to Defendants.

WHEREFORE, Landham seeks equitable relief, including, but not limited to, reinstatement and specific performance from the Board of Trustees and the individual Defendants in their official capacities.  Landham seeks all monetary relief available at law

from Defendants, including, but not limited to, loss of tuition, loss of future earnings, compensatory and punitive damages, costs, interest, and attorneys' fees.

## COUNT IV – FALSE IMPRISONMENT AND TORT OF OUTRAGE AGAINST ALL DEFENDANTS

93.     Landham re-alleges the preceding facts as if fully set forth herein.

94.     Defendants ordered Landham to be hospitalized in Five West, a psychiatric ward, based on their misperceptions of Landham's mental condition.

95.     Defendants ordered Landham to be hospitalized against his will for approximately a week or else be expelled from medical school.

96.     Defendants deprived Landham of his liberty to be free and compelled him to remain where he did not wish to remain.

97.     Landham did not pose a danger to anyone.

98.     While Landham was hospitalized, Defendants paraded Landham's fellow medical students and future colleagues around him.

99.     Defendants' conduct was extremely humiliating, outrageous, and vile.

100.    Defendants acted with a reckless or conscious disregard of Landham's rights.

101.    Defendants acted willfully, maliciously, fraudulently, in bad faith, beyond authority, or under a mistaken interpretation of the law.

102.    Landham suffered severe emotional distress as a result of Defendants' unlawful actions.

WHEREFORE, Landham seeks equitable relief, including, but not limited to, reinstatement and specific performance from the Board of Trustees and the individual

11

Defendants in their official capacities.  Landham seeks all monetary relief available at law Defendants, including, but not limited to, loss of tuition, loss of future earnings, compensatory and punitive damages, costs, interest, and attorneys' fees.

/s/ JEFFREY W. BENNITT
Jeffrey W. Bennitt  (ASB-0774-N51J)

JEFFREY W. BENNITT & ASSOCIATES, LLC
121 Edenton Street
Birmingham, Alabama 35242
bennittlaw@aol.com
(205) 408-7240 Telephone
(205) 408-9236 Facsimile

/s/ SONYA C. EDWARDS
Sonya C. Edwards (ASB-8848-S73E)

EDWARDS LAW, LLC
121 Edenton Street
Birmingham, Alabama 35242
SonyaEdwardsLaw@gmail.com
(205) 408-0956 Telephone
(205) 408-9236 Facsimile

12



AlaFile E-Notice

01-CV-2016-902238.00

To: SONYA EDWARDS
sonyaedwardslaw@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following complaint was FILED on 6/20/2016 1:05:11 PM

Notice Date:     6/20/2016 1:05:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

To:   FICTITIOUS DEFENDANTS A, B, C, AND D
      1720 2ND AVE. S. AB 860
      BIRMINGHAM, AL 35294

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following complaint was FILED on 6/20/2016 1:05:11 PM

Notice Date:      6/20/2016 1:05:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

To:  BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA
UNIV OF ALABAMA SYSTEM
1720 2ND AVE SO, AB 860
BIRMINGHAM, AL 35294

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following complaint was FILED on 6/20/2016 1:05:11 PM

Notice Date:      6/20/2016 1:05:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

To:  RAY WATTS M.D.
     OFFICE OF THE PRESIDENT
     1720 2ND AVE SO, AB 1070
     BIRMINGHAM, AL 35294

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following complaint was FILED on 6/20/2016 1:05:11 PM

Notice Date:     6/20/2016 1:05:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

To: SELWYN VICKERS M.D.
OFFICE OF THE DEAN
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following complaint was FILED on 6/20/2016 1:05:11 PM

Notice Date:        6/20/2016 1:05:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

To:  HELEN HUGHES EVANS M.D.
     UAB SCHOOL OF MEDICINE
     1720 2ND AVE. S. FOT 1203
     BIRMINGHAM, AL 35294

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following complaint was FILED on 6/20/2016 1:05:11 PM

Notice Date:     6/20/2016 1:05:11 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-902238.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY

### JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET

FICTITIOUS DEFENDANTS A, B, C, AND D, 1720 2ND AVE. S. AB 860, BIRMINGHAM, AL 35294

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY SONYA EDWARDS

WHOSE ADDRESS IS  121 EDENTON STREET, BIRMINGHAM, AL 35242

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  JONATHAN LANDHAM
    pursuant to the Alabama Rules of the Civil Procedure

Date   6/20/2016 1:05:11 PM     /s/ ANNE-MARIE ADAMS
    _____     _____

    Clerk/Register

    JEFFERSON COUNTY, ALABAMA

    716 N. RICHARD ARRINGTON BLVD.
    BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested     /s/ SONYA EDWARDS
                                          _____
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____   in   _____   County, Alabama on   _____
                                                                                        (Date)

_____     _____     _____
Date                                 Server's Signature                   Address of Server

_____     _____     _____
Type of Server                       Server's Printed Name

                                                                          _____
                                                                          Phone Number of Server

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-902238.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY

### JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET

NOTICE TO    BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA, UNIV OF ALABAMA SYSTEM 1720 2ND AVE SO, AB 860, BIRMINGHAM, AL 35294

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY SONYA EDWARDS

WHOSE ADDRESS IS 121 EDENTON STREET, BIRMINGHAM, AL 35242

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    JONATHAN LANDHAM
pursuant to the Alabama Rules of the Civil Procedure

Date   6/20/2016 1:05:11 PM      /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested      /s/ SONYA EDWARDS

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____          _____          _____
Date                              Server's Signature                 Address of Server

_____          _____          _____
Type of Server                    Server's Printed Name

_____
Phone Number of Server

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-902238.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY

### JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET

RAY WATTS M.D., OFFICE OF THE PRESIDENT 1720 2ND AVE SO, AB 1070, BIRMINGHAM, AL 35294

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY SONYA EDWARDS

WHOSE ADDRESS IS 121 EDENTON STREET, BIRMINGHAM, AL 35242

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   JONATHAN LANDHAM

pursuant to the Alabama Rules of the Civil Procedure

Date   6/20/2016 1:05:11 PM      /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested      /s/ SONYA EDWARDS

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____            _____            _____
Date                                     Server's Signature                       Address of Server

_____            _____            _____
Type of Server                           Server's Printed Name                    Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-902238.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY

### JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET

SELWYN VICKERS M.D., OFFICE OF THE DEAN 1720 2ND AVE. S. FOT 1203, BIRMINGHAM, AL 35294

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY SONYA EDWARDS

WHOSE ADDRESS IS 121 EDENTON STREET, BIRMINGHAM, AL 35242

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    JONATHAN LANDHAM

pursuant to the Alabama Rules of the Civil Procedure

Date   6/20/2016 1:05:11 PM     /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

---

☑ Certified Mail is hereby requested     /s/ SONYA EDWARDS

Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____   in _____ County, Alabama on _____

(Date)

_____     _____     _____
Date                              Server's Signature                 Address of Server

_____     _____     _____
Type of Server                    Server's Printed Name

_____
Phone Number of Server

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2016-902238.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY

### JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET

NOTICE TO    HELEN HUGHES EVANS M.D., UAB SCHOOL OF MEDICINE 1720 2ND AVE. S. FOT 1203, BIRMINGHAM, AL 35294

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY SONYA EDWARDS

WHOSE ADDRESS IS 121 EDENTON STREET, BIRMINGHAM, AL 35242

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    JONATHAN LANDHAM

pursuant to the Alabama Rules of the Civil Procedure

Date    6/20/2016 1:05:11 PM        /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

---

☑ Certified Mail is hereby requested        /s/ SONYA EDWARDS

Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

_____
Phone Number of Server



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET

01-CV-2016-902238.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $30.28

Parties to be served by Certified Mail - Return Receipt Requested

BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA          Postage: $7.57
UNIV OF ALABAMA SYSTEM
1720 2ND AVE SO, AB 860
BIRMINGHAM, AL 35294

RAY WATTS M.D.                                          Postage: $7.57
OFFICE OF THE PRESIDENT
1720 2ND AVE SO, AB 1070
BIRMINGHAM, AL 35294

SELWYN VICKERS M.D.                                     Postage: $7.57
OFFICE OF THE DEAN
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

HELEN HUGHES EVANS M.D.                                 Postage: $7.57
UAB SCHOOL OF MEDICINE
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7015 3430 0000 1007 8722

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$          CV2016   902238  s/c  D1
Total Postage and Fees
$
Sent To   Board of Trustees For the Univ of
Street and Apt No., or PO Box No.                    AL
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA
UNIV OF ALABAMA SYSTEM
1720 2ND AVE SO, AB 860
BIRMINGHAM, AL 35294

CV2016   902238   s/c  D1

9590 9402 1736 6074 0138 88

2. Article Number (Transfer from service label)
7015 3430 0000 1007 8722

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____          Postmark
☐ Adult Signature Required           $ _____          Here
☐ Adult Signature Restricted Delivery $ _____

Postage
$   *CV2016   902238  S/C D2*

Total Postage and Fees
$

Sent To   *Ray Watts   M.D*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7015 3430 0000 1007 8739

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RAY WATTS M.D.
OFFICE OF THE PRESIDENT
1720 2ND AVE SO, AB 1070
BIRMINGHAM, AL 35294

*CV2016   902238   S/C   D2*

9590 9402 1736 6074 0139 18

2. Article Number *(Transfer from service label)*

7015 3430 0000 1007 8739

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$   CV2016   902238  S/C   D3

Total Postage and Fees
$

Sent To
*Selwyn Vickers M.D.*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for instructions

7015 3430 0000 1007 8746

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SELWYN VICKERS M.D.
D3
OFFICE OF THE DEAN
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

CV2016  902238  S/C   D3

9590 9402 1736 6074 0138 95

2. Article Number *(Transfer from service label)*

7015 3430 0000 1007 8746

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$   CV2016   902238  s/c D4

Total Postage and Fees
$

Sent To   *Helen Hughes Evans M.D.*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7015 3430 0000 1007 8753

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HELEN HUGHES EVANS M.D.
UAB SCHOOL OF MEDICINE
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

CV2016   902238   s/c D4

9590 9402 1736 6074 0139 01

2. Article Number (Transfer from service label)

7015 3430 0000 1007 8753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053           Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Paul Dunn_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA

UNIV OF ALABAMA SYSTEM

1720 2ND AVE SO, AB 860

BIRMINGHAM, AL 35294

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No



9590 9402 1736 6074 0138 88

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... all
... all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7015 3430 0000 1007 8722

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

9590 9402 1736 6074 0138 88

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 2 0 2016

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203



AlaFile E-Notice

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:  EDWARDS SONYA CHRISTINE
     sonyaedwardslaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was served on 6/28/2016

**D001 BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:  BENNITT JEFFREY WILLIAM
     Bennittlaw@aol.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was served on 6/28/2016

**D001 BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

RAY WATTS M.D.

OFFICE OF THE PRESIDENT

1720 2ND AVE SO, AB 1070

BIRMINGHAM, AL 35294



CV/2016   902238   S/C   D2

9590 9402 1736 6074 0139 18

**2. Article Number (Transfer from service label)**

7015 3430 0000 1007 8739

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

x Kim Wellborn

☒ Agent
☐ Addressee

**B. Received by (Printed Name)**

Kim Wellborn

**C. Date of Delivery**

6-27-16

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING # BIRMINGHAM AL

9590 9402 1736 6074 0139 18

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 28 2016

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203



AlaFile E-Notice

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:   EDWARDS SONYA CHRISTINE
      sonyaedwardslaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was served on 6/27/2016

**D002 WATTS RAY M.D.**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:  BENNITT JEFFREY WILLIAM
     Bennittlaw@aol.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was served on 6/27/2016

**D002 WATTS RAY M.D.**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1. Article Addressed to:

   SELWYN VICKERS M.D.

   OFFICE OF THE DEAN

   1720 2ND AVE. S. FOT 1203

   BIRMINGHAM, AL 35294

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No



9590 9402 1736 6074 0138 95

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery ($)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

   7015 3430 0000 1007 8746

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 1736 6074 0138 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 28 2016

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203



AlaFile E-Notice

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:  EDWARDS SONYA CHRISTINE
     sonyaedwardslaw@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was served on 6/28/2016

**D003 VICKERS SELWYN M.D.**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:   BENNITT JEFFREY WILLIAM
        Bennittlaw@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was served on 6/28/2016

**D003 VICKERS SELWYN M.D.**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HELEN HUGHES EVANS M.D.
UAB SCHOOL OF MEDICINE
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

9590 9402 1736 6074 0139 01

2. Article Number (Transfer from service label)

7015 3430 0000 1007 8753

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ ail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt



ANNE-MARIE ADAMS CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

REFUSED ☐
ADDRESSEE ☐ UNCLAIMED ☐
INSUFFICIENT UNKNOWN
MOVED LEFT NO ADDRESS ☐
RETURNED BY U.S. POST OFFICE

To:  HELEN HUGHES EVANS M.D.
UAB SCHOOL OF MEDICINE
1720 2ND AVE. S. FOT 1203
BIRMINGHAM, AL 35294

7015 3430 0000 1007 8753

CERTIFIED MAIL

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUN 29 2016
ANNE-MARIE ADAMS
CLERK

U.S. POSTAGE

 AlaFile E-Notice

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:   EDWARDS SONYA CHRISTINE
      sonyaedwardslaw@gmail.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was not served on 6/29/2016

**D004 EVANS HELEN HUGHES M.D.**

**Corresponding To**

PARTY MOVED

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2016-902238.00

Judge: CAROLE C. SMITHERMAN

To:  BENNITT JEFFREY WILLIAM
     Bennittlaw@aol.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JONATHAN LANDHAM V. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ALABAMA ET
01-CV-2016-902238.00

The following matter was not served on 6/29/2016

**D004 EVANS HELEN HUGHES M.D.**

**Corresponding To**

PARTY MOVED

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov