FILED
2017 Jul-28 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN LANDHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 2:16-cv-01223-MHH |
| THE BOARD OF TRUSTEES | ) |
| OF THE UNIVERSITY OF | ) |
| ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), Plaintiff Jonathan Landham and Defendant The Board of Trustees of the University of Alabama, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, each party to bear his or its own costs.

SO STIPULATED this the 28 day of July, 2017.

_____
Jeffrey W. Bennitt
bennittlaw@aol.com
Jeffrey W. Bennitt & Associates, LLC
(205) 408-0435

Terrell E. McCants
Terrell@mccantslaw.com
(205) 408-7240

121 Edenton Street
Birmingham, AL 35242

Attorneys for Plaintiff

_____
David R. Mellon
drmellon@uasystem.edu

Audrey Y. Dupont
aydupont@uasystem.edu

The University of Alabama System
UAB Office of Counsel
1720 2nd Avenue South, Suite AB 820
Birmingham, AL 35294-0108
(205) 934-3474

Attorneys for Defendants